Henry (1019119)
Halawa Corr. Facility.
99-902 Moanalua Rd.
Aiea, Hi. 96701

United States District Court
District Of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii. 96850-0338

ORIGINAL

Case 1:16-cv-00408-DKW-KJM   Document 1-1   Filed 07/25/16   Page 1 of 17   PageID.18

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

4. Second Defendant: **Mr. Keopuhiwa.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu**, and is employed as: **High Security SGT.** (Position and Title) at **Halawa Corr. Facility.** (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S. Clothed With The Authority Of State Law And Policy, Rules And Regulations For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institute's And Prisons, Acted Under Color Of State Law.**

5. Third Defendant: **Mr. Alsted.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu**, and is employed as: **(High Security A.C.O) (Facility A.C.O)** (Position and Title) at **Halawa Corr. Facility.** (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Guidelines For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hawaii Institute's And Prisons, Acted Under Color Of State Law.**

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

*⟶   A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

HENRY (101911q)
Halawa Corr. Facility.
99-902 Moanalua Rd.
Aiea, Hi. 96701

United States District Court
District OF Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii. 96850-0338

**ORIGINAL**

1983 FORM Rev. 01/2008

this defendant was acting under color of law: _____

4. Second Defendant: **Mr. Fonoti.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu**, and is employed as: **(High Security A.C.O) (Facility A.C.O)** (Position and Title) at **Halawa Corr. Facility.** (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee OF The State OF Hi. D.P.S Clothed With The Authority OF State Law And Policy, Rules And Guidelines To House Hawaii State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institute's And Prison's, Acted Under Color OF State Law.**

5. Third Defendant: **Mr. Rogish.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu**, and is employed as: **High Security SGT** (Position and Title) at **Halawa Corr. Facility.** (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee OF The State OF Hi. D.P.S Clothed With The Authority OF State Law And Policy, Rules And Regulation's To House Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institute's And Prison's, Acted Under Color OF State Law.**

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2-K.

Certificate OF Service. Page -1-E.

SUE BEITIA Clerk;

Hensch (10/9/19)
Halawa Corr. Facility.
99-902 Moanalua Rd.
Aiea, Hi. 96701

United States District Court
District Of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii. 96850-0338

ORIGINAL

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

4. Second Defendant: Mr. Aceedello.

This defendant is a citizen of (state and county) Hawaii, Honolulu, and is employed as: (High Security A.C.O) (Facility A.C.O) at Halawa Corr. Facility.
(Position and Title)                                  (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Guidelines For The Housing Of Hi. State Inmates Sentenced To Their Jurisdiction At Various Hi. Institutes And Prisons, Acted Under Color Of State Law.

5. Third Defendant: Mr. Jinbo.

This defendant is a citizen of (state and county) Hawaii, Honolulu, and is employed as: (Hawaii Contract Monitor) at (Mainland Branch) Dept. Of Public Safety.
(Position and Title)                                  (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Regulations For The Housing Of Hawaii State Inmates Sentenced To Their Jurisdiction At Various Hi. Institutes And Prisons, Acted Under Color Of State Law.

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

HENCALA (10/9/19)
Halawa Corr. Facility.
99-902 Moanalua Rd.
Aiea, Hi. 96701

Case 1:16-cv-00408-DKW-KJM   Document 1-1   Filed 07/25/16   Page 4 of 17   PageID.21

United States District Court
District Of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii. 96850-0338
ORIGINAL

1983 FORM Rev. 01/2008

this defendant was acting under color of law: _____

4. Second Defendant: __Mr. Magalanes.__

This defendant is a citizen of (state and county) __Hawaii, Honolulu__, and is employed as (__Mental Health Psych. Administrator.__) at __Halawa Corr. Facility.__
(Position and Title)   (Institution)

This defendant is sued in his/her __✓__ individual ____ official capacity (check one or both). Explain how this defendant was acting under color of law: __As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Guidelines For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institute's And Prisons, Acted Under Color Of State Law.__

5. Third Defendant: __Mr. Tom.-J__

This defendant is a citizen of (state and county) __Hawaii, Honolulu__, and is employed as: (__Mental Health Psychiatrist.__) at __Halawa Corr. Facility.__
(Position and Title)   (Institution)

This defendant is sued in his/her __✓__ individual ____ official capacity (check one or both). Explain how this defendant was acting under color of law: __As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy Rules And Regulations For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institute's And Prisons, Acted Under Color Of State Law.__

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\*   A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

HENRY ____ (#A0191119)
Halawa Corr. Facility
99-902 Moanalua Rd.
Aiea, Hi. 96701

United States District Court
District Of Hawaii
300 AlaMoana Blvd. C-338
Honolulu, Hawaii. 96850-0338

**ORIGINAL**

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

_____

4. Second Defendant: **Mr. Libio.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu**, and is employed as: **(Mental Health) (Psychiatrist.)** at **Halawa Corr. Facility.**
(Position and Title)                                           (Institution)

This defendant is sued in his/her **✓** individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Guidelines For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institute's And Prisons, Acted Under Color Of State Law.**

5. Third Defendant: **Mr. Frauens.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu**, and is employed as: **Orthopedist Dr.** at **Halawa Corr. Facility.**
(Position and Title)                                           (Institution)

This defendant is sued in his/her **✓** individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Regulations For The Housing Of Hawaii State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institute's And Prisons, Acted Under Color Of State Law.**

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

*\    A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

Certificate Of Service. Page -1-E.

2-N.

Sue Beitia Clerk.

Henry Lazaro (A0191119)
Halawa Corr. Facility
99-902 Moanalua Rd.
Aiea, Hi. 96701

United States District Court
District Of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii. 96850-0338

**ORIGINAL**

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

_____

4. Second Defendant: **Mrs. D. Stampfle.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu**, and is employed as: **(D.P.S - C.S.B.) (Nurse's Administrator)** (Position and Title) at **Halawa Corr. Facility And (Dept. Of Public Safety.)** (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Guidelines For The Housing Of Hi. State Inmates Sentenced To Their Jurisdiction At Various Hi. Institutes And Prisons, Acted Under Color Of State Law.**

5. Third Defendant: **Mrs. Charlotte Yuen.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu**, and is employed as: **(D.P.S - Medical Provider) (State Certified Nurse.)** (Position and Title) at **Halawa Corr. Facility.** (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Regulations For The Housing Of Hi. State Inmates Sentenced To Their Jurisdiction At Various Hi. Institutes And Prisons, Acted Under Color Of State Law.**

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2 - 0.

Certificate Of Service. Page -1-E.

Sue Beitia. Clerk;

HENRY (AO19119)
Halawa Corr. Facility.
99-902 Moanalua Rd.
Aiea, Hi. 96701

Case 1:16-cv-00408-DKW-KJM   Document 1-1   Filed 07/25/16   Page 7 of 17   PageID.24

United States District Court
District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii. 96850-0338

ORIGINAL

1983 FORM Rev. 01/2008

this defendant was acting under color of law: _____

4. Second Defendant: **Mrs. Colette Leong.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu**, and is employed as: **(Facility Med. Unit Supv.) (State Certified Nurse.)** (Position and Title) at **Halawa Corr. Facility.** (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rule's And Regulation's For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institute's And Prison's, Acted Under Color Of State Law.**

5. Third Defendant: **Mrs. Mahina.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu**, and is employed as: **(Facility Med. Unit Supv.) (State Certified Nurse)** (Position and Title) at **Halawa Corr. Facility.** (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rule's And Guidelines For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institute's And Prison's, Acted Under Color Of State Law.**

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\*    A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

HENRY _____ (1019119)
Halawa Corr. Facility.
99-902 Moanalua Rd.
Aiea, Hi. 96701

United States District Court
District Of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii. 96850-0338

ORIGINAL

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

4. Second Defendant: Mrs. Tina Agaran.

This defendant is a citizen of (state and county) Hawaii, Honolulu, and is employed as: (Facility-Med. Unit Supv.) (State Certified Nurse.) (Position and Title) at Halawa Corr. Facility. (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: As An Employee Of The State Of Hi. D.P.S. Clothed With The Authority Of State Law And Policy, Rules And Regulations For The Housing Of Hi. State Inmates Sentenced To Their Jurisdiction At Various Hi. Institutes And Prisons, Acted Under Color Of State Law.

5. Third Defendant: Mrs. Leilani.

This defendant is a citizen of (state and county) Hawaii, Honolulu, and is employed as: (Registered Nurse.) (State Certified Nurse.) (Position and Title) at Halawa Corr. Facility. (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: As An Employee Of The State Of Hi. D.P.S. Clothed With The Authority Of State Law And Policy, Rules And Guidelines For The Housing Of Hawaii State Inmates Sentenced To Their Jurisdiction At Various Hi. Institutes And Prisons, Acted Under Color Of State Law.

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

HENRY (10/9/19)
Halawa Corr. Facility.
99-902, Moanalua Rd.
Aiea, Hi. 96701

United States District Court
District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii. 96850-0338

ORIGINAL

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

_____

4. Second Defendant: __Mrs. Tanya.__

This defendant is a citizen of (state and county) __Hawaii, Honolulu__, and is employed as: __(Registered Nurse.) (State Certified Nurse.)__ at __Halawa Corr. Facility.__
(Position and Title) (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: __As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Guidelines For The Housing Of Hi. State Inmates Sentenced To Their Jurisdiction At Various Hi. Institutes And Prisons, Acted Under Color Of State Law.__

5. Third Defendant: __Mrs. Lisa. A.K.A Mrs. Theresa.__

This defendant is a citizen of (state and county) __Hawaii, Honolulu__, and is employed as: __(Registered Nurse.) (State Certified Nurse.)__ at __Halawa Corr. Facility.__
(Position and Title) (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: __As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Regulations For The Housing Of Hi. State Inmates Sentenced To Their Jurisdiction At Various Hi. Institutes And Prisons, Acted Under Color Of State Law.__

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

HENRY L. (101119)
Halawa Corr. Facility.
99-902 Moanalua Rd.
Aiea, Hi. 96701

United States District Court
District Of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii. 96850-0338

**ORIGINAL**

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

_____

4. Second Defendant: __Mrs. Holly.__

This defendant is a citizen of (state and county) __Hawaii,__
__Honolulu__, and is employed as:
__(Registered Nurse.)__
__(State Certified Nurse)__ at __Halawa Corr. Facility.__
(Position and Title)                    (Institution)

This defendant is sued in his/her __✓__ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: __As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Guidelines For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institutes And Prisons, Acted Under Color Of State Law.__

5. Third Defendant: __Mr. Kuamoo.__

This defendant is a citizen of (state and county) __Hawaii,__
__Honolulu__, and is employed as:
__(Facility SGT.)__
__(High Security SGT.)__ at __Halawa Corr. Facility.__
(Position and Title)                    (Institution)

This defendant is sued in his/her __✓__ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: __As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Regulations For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institutes And Prisons, Acted Under Color Of State Law.__

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.



Certificate Of Service. Page-1-E.        2 S.        Sue Beitia. Clerk;

HENRY L. (401911q)
Halawa Corr. Facility.
99-902 Moanalua Rd.
Aiea, Hi. 96701

United States District Court
District Of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii. 96850-0338

ORIGINAL

Case 1:16-cv-00408-DKW-KJM   Document 1-1   Filed 07/25/16   Page 11 of 17   PageID.28

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

_____

4. Second Defendant: Mr. Robert Jones.

This defendant is a citizen of (state and county) Hawaii, Honolulu, and is employed as: (Facility S.T.D) (High Security SGT) (Position and Title) at Halawa Corr Facility. (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Regulations For The Housing Of Hi. State Inmates Sentenced To Their Jurisdiction At Various Hi. Institutes And Prisons, Acted Under Color Of State Law.

5. Third Defendant: Mr. Burkey.

This defendant is a citizen of (state and county) Hawaii, Honolulu, and is employed as: (Facility A.C.O) (High Security A.C.O) (Position and Title) at Halawa Corr Facility. (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Guidelines For The Housing Of Hi. State Inmates Sentenced To Their Jurisdiction At Various Hi. Institutes And Prisons, Acted Under Color Of State Law.

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

HENRY ~~(A.9111)~~
Halawa Corr. Facility
99-902 Moanalua Rd.
Aiea, Hi. 96701

United States District Court
District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hi. 96850-0338
SUE BEITIA, Clerk;

ORIGINAL

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

_____

4. Second Defendant: **Mr. Kaiser.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu,** and is employed as: **(Facility LT.) (High Security LT.)** at **Halawa Corr. Facility.**
(Position and Title) (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Regulations For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institutes And Prison's, Acted Under Color Of State Law.**

5. Third Defendant: **Mr. Akau.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu,** and is employed as: **(Facility A.C.O) (High Security ACO)** at **Halawa Corr. Facility.**
(Position and Title) (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Guidelines For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institutes And Prison's, Acted Under Color Of State Law.**

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\*       A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

       "Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

CERTIFICATE OF SERVICE. PAGE-1-E.

2-u.

HENRY L. ____ (#A0191119)                    United States District Court
Halawa Corr. Facility.                        District of Hawaii
99-902 Moanalua Rd.                           300 AlaMoana Blvd. C-338
Aiea, Hi. 96701                               Honolulu, Hawaii. 96850-0338

1983 FORM Rev. 01/2008                        **ORIGINAL**

this defendant was acting under color of law: _____

4. Second Defendant: **Mr. Olomua.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu**, and is employed as (Facility A.C.O) (High Security A.C.O) (Position and Title) at **Halawa Corr. Facility.** (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Regulations For The Housing Of Hi. State Inmates Sentenced To Their Jurisdiction At Various Hi. Institutes And Prisons, Acted Under Color Of State Law.**

5. Third Defendant: **Mr. Shook.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu**, and is employed as (Facility LT.) (High Security LT.) (Position and Title) at **Halawa Corr. Facility.** (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Guidelines For The Housing Of Hi. State Inmates Sentenced To Their Jurisdiction At Various Hi. Institutes And Prisons, Acted Under Color Of State Law.**

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

Certificate Of Service. Page -1-E.                    2 -V.                    Sue Betti A. Clerk;

HENRY (#A0194119)
Halawa Corr. Facility.
99-902 Moanalua Rd.
Aiea, Hi. 96701

United States District Court
District Of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii. 96850-0338

ORIGINAL

Case 1:16-cv-00408-DKW-KJM   Document 1-1   Filed 07/25/16   Page 14 of 17   PageID.31

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

4. Second Defendant: **Mr. Brown.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu** and is employed as:
**(Facility A.C.O) (High Security A.C.O)** at **Halawa Corr. Facility.**
(Position and Title)                (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Regulations For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institute's And Prison's Acted Under Color Of State Law.**

5. Third Defendant: **Mr. P. Olomua.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu** and is employed as:
**(Facility Sgt.) (High Security Sgt.)** at **Halawa Corr. Facility.**
(Position and Title)                (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Guidelines For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institutes And Prison's Acted Under Color Of State Law.**

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

HENRY L. ( ) (10/9/19)
Halawa Corr. Facility.
99/902 Moanalua Rd.
Aiea, Hi. 96701

United States District Court
District of Hawaii
300 AlaMoana Blvd. C-338
Honolulu, Hawaii. 96850-0338

**ORIGINAL**

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

_____

4. Second Defendant: **Mr. TaFiti.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu,** and is employed as: **(Facility SGT) (High Security SGT)** (Position and Title) at **Halawa Corr. Facility.** (Institution)

This defendant is sued in his/her **✓** individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Guidelines For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institute's And Prison's, Acted Under Color Of State Law.**

_____

5. Third Defendant: **Mr. Lum.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu,** and is employed as: **(Facility A.C.O) (High Security ACO)** (Position and Title) at **Halawa Corr. Facility.** (Institution)

This defendant is sued in his/her **✓** individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Regulations For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institute's And Prison's, Acted Under Color Of State Law.**

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

Certificate Of Service. Page-1-E.


2-X.

Sue Beitia. Clerk;

HENRY L_____ (10/9/19)                    United States District Court
Halawa Corr. Facility.                     District Of Hawaii
99-902 Moanalua Rd.                        300 Ala Moana Blvd. C-338
Aiea, Hi. 96701                            Honolulu, Hawaii. 96850-0338

**ORIGINAL**

1983 FORM Rev. 01/2008

this defendant was acting under color of law: _____

4. Second Defendant: **Mr. Coifin.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu** and is employed as: **(Facility A.C.O) (High Security A.C.O)** (Position and Title) at **Halawa Corr. Facility.** (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Regulations For The Housing Of Hi. State Inmates Sentenced To Their Jurisdiction At Various Hi. State Institutes And Prisons, Acted Under Color Of State Law.**

5. Third Defendant: **Mr. Bothelo.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu** and is employed as: **(Facility A.C.O) (High Security A.C.O)** (Position and Title) at **Halawa Corr. Facility.** (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Guidelines For The Housing Of Hi. State Inmates Sentenced To Their Jurisdiction At Various Hi. State Institutes And Prisons Acted Under Color Of State Law.**

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.



2-y.

Certificate Of Service. Page -1-E.                    Sue Beitia. Clerk;

HENRY L. (4019119)
Halawa Corr. Facility.
99-902 Moanalua Rd.
Aiea, Hi. 96701

United States District Court
District Of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii. 96850-0338

**ORIGINAL**

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

_____

4. Second Defendant: **Mr. Smith.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu** and is employed as: **(Facility A.C.O. High Security A.C.O)** at **Halawa Corr. Facility.**
(Position and Title)                                    (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Regulations For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institute's And Prison's, Acted Under Color Of State Law.**

5. Third Defendant: **Mr. Lee.**

This defendant is a citizen of (state and county) **Hawaii, Honolulu** and is employed as: **(Facility A.C.O. High Security A.C.O)** at **Halawa Corr. Facility.**
(Position and Title)                                    (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: **As An Employee Of The State Of Hi. D.P.S Clothed With The Authority Of State Law And Policy, Rules And Guideline's For The Housing Of Hi. State Inmate's Sentenced To Their Jurisdiction At Various Hi. Institute's And Prison's, Acted Under Color Of State Law**

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2-Z.

Certificate Of Service. Page -1-E.

Sue Beitia, Clerk;